UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Jameena Crookshank, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-14-2085 |
| | § | |
| CVS Pharmacy, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Final Judgment

1.  For the reasons announced by the court, Jameena Crookshank *as next friend* of Claudis Alston takes $1,655.00 from CVS Pharmacy, Inc.

2.  The parties will each pay Kate McConnico $1,500.00 for her services as guardian ad litem for Claudis Alston.

Signed on June 19, 2015, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge